IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
WESTERN DIVISION

| | | |
|---|---|---|
| MICHAEL AND ANNA BELKIN, individually and by and on behalf of LEV BELKIN, a child, | ) ) ) ) | |
| Plaintiffs, | ) ) | No. C03-4087-MWB |
| vs. | ) ) | JUDGMENT IN A CIVIL CASE |
| THE SIOUX CITY COMMUNITY SCHOOL DISTRICT, and THE WESTERN HILLS AREA EDUCATION AGENCY, | ) ) ) ) ) | |
| Defendants. | ) | |

This action came before the Court. The issues have been decided and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED

        Plaintiffs take nothing and this action is dismissed.

Dated: October 12, 2006        PRIDGEN J. WATKINS
                                          Clerk

                                          /s/ des
                                          (By) Deputy Clerk